# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00721-CV

**Houston Powers d/b/a Quick Bonds, Appellant**

**v.**

**State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT
### NO. B-04-1396-C, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Houston Powers d/b/a Quick Bonds no longer wishes to pursue its appeal and has filed a motion to dismiss its appeal. Appellant states that it has conferred with appellee State of Texas, and appellee does not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed on Appellant's Motion

Filed:  February 1, 2006